## TOVAR v. STATE.

No. 13628.

Court of Criminal Appeals of Texas.

June 4, 1930.

Magus Smith, of Pearsall, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for selling intoxicating liquor, punishment being one year in the penitentiary.

The record here contains neither bills of exception nor statement of facts. Nothing is presented for review.

The judgment is affirmed.